**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000073**
**28-JUN-2011**
**08:03 AM**

NO. CAAP-10-0000073

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CAROL ANN MITCHELL, Petitioner-Appellant, v.
TALBERT LIGSAY, LILIMALINI LIGSAY, et al., Respondent-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1SS10-1-000831)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Petitioner-Appellant Carol Ann Mitchell (Appellant) filed a notice of appeal on October 14, 2010; (2) on December 7, 2010, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on December 17, 2010 and the opening brief was due on January 18, 2011; (3) Appellant did not file either document; (4) on June 1, 2011, the appellate clerk provided notice to Appellant that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on June 8, 2011; and (c) the appeal may be dismissed

pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 28, 2011.


Chief Judge


Associate Judge


Associate Judge